# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
## NO. 03-10-00473-CV
---

**Charity Fiendi Benie, Appellant**

**v.**

**Yao Fiendi Benie, Appellee**

---
### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 239,517-D, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING
---

## M E M O R A N D U M   O P I N I O N

Appellant Charity Fiendi Benie's brief is overdue. By letter dated November 17, 2010, this Court's clerk informed appellant that appellant's brief had been due September 13, 2010, and had not been received. The letter cautioned that unless the Court received a satisfactory response on or before November 29, 2010, the appeal could be dismissed. No response has been filed, therefore this appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed for Want of Prosecution

Filed: January 12, 2011